# CHRIS DANIEL

01-15-00330-CR

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 11:37:40 AM
CHRISTOPHER A. PRINE
Clerk

April 8, 2015

HONORABLE KATHERINE CABANISS
248TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: JAMES JACKSON III

Cause No: 1359103

Court: 248TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 4/6/15
**Sentence Imposed Date:** 4/6/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

S. Norris

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

LOUISE STECKLER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1359103

P2

## THE STATE OF TEXAS

### V.

Jackson, James III , A/K/A/ _____

_____248_____ District Court / County Criminal Court at Law No. _____

Harris County, Texas

**FILED**
Chris Daniel
District Clerk
Time: _____ APR 06 2015
By _____
Harris County, Texas
Deputy

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On Thursday, April 2, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

APR 06 2015
**Date**

James JACKSON III
**Defendant (Printed name)**

_Alan P.S._
**Attorney (Signature)**

JOHN M PETRUZZI
**Attorney (Printed name)**

1585300
**State Bar Number**

1314 Texas, #1100 Hou 77002
**Address**

213-237-8600
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

James JACKSON, III
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON APR 06 2015 _____

By Deputy District Clerk of Harris County _____

## ORDER

On ~~APR 06 2015~~ the Court conducted a hearing and FINDS that defendant / appellant

- ☐ IS NOT indigent at this time.
- ☑ IS indigent for the purpose of
    - ☐ employing counsel
    - ☐ paying for a clerk's and court reporter's record.
    - ☑ employing counsel and/or paying for a clerk's and court reporter's record.

The Court ORDERS that

- ☐ Counsel's motion to withdraw is GRANTED / DENIED.
- ☐ Defendant / appellant's motion (to be found indigent) is DENIED.
- ☑ Defendant's / appellant's motion is GRANTED and
    - ☐ Attorney _____
      Bar Card Number_____ SPN Number _____
      is APPOINTED to represent defendant / appellant on appeal.

    - ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
      defendant/appellant on appeal.
      Assistant Public Defender Assigned by HCPD _____
      Bar Card Number_____ SPN Number _____

    - ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
      defendant / appellant.

BAIL IS:

- ☐ SET at $_____.
- ☐ TO CONTINUE as presently set.
- ☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: APR 0 6 2015 _____

JUDGE PRESIDING,
DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ___
HARRIS COUNTY, TEXAS

 

Cause No. 135910301010

| THE STATE OF TEXAS | IN THE 248th DISTRICT COURT |
|---|---|
| v. | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

APR 0 2 2015

_____          _____
Judge                                     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

X_____          _____
Defendant                                  Defendant's Counsel

Mailing Address: _____          State Bar of Texas ID number: 15853300

**FILED**
Chris Daniel
District Clerk

Telephone number: _____          Mailing Address: 1314 Texas Hou 77002

Fax number (if any): _____          Telephone number: 713-237-8600

APR 02 2015

Time: _____
Harris County, Texas

By_____ Deputy          Fax number (if any): 713-237-0755

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

1 ST

# APPEAL CARD

6-5-15

Court **248**

Cause No. **1359103**

**The State of Texas**

Vs

Jackson, James III

Date Notice
Of Appeal: **APR 06 2015** 4-6-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding _Cabaniss, Katherine_
Court Reporter _Steckler, Louis_
Court Reporter_____
Court Reporter_____

Attorney
on Trial _Petruzzi, John_

Attorney
on Appeal_____

Appointed ✓ Hired_____

Offense _Aggravated Sexual Assault_

Jury Trial: Yes ✓ No_____

Punishment
Assessed _60 years TDC_

Companion Cases
(If Known) _1359104 1427595_

Amount of
Appeal Bond _____

Appellant
Confined: Yes ✗ No_____

Date Submitted
To Appeal Section _____

Deputy Clerk_____